Before STATE INDUSTRIAL BOARD, Respondent. M. E. STURM, Respondent, v. KELLY-SPRINGFIELD COMPANY and Another, Appellants.— Award unanimously affirmed, with costs to the State Industrial Board.